IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NASHAWN O. LAW, :
: CIVIL ACTION
Plaintiff, :
: NO. 10-1183
v. :
:
WARDEN TROY LEVI, et. al., :
:
Defendants. :
:

**ORDER**

AND NOW, this 8th day of December 2010, upon consideration of the Complaint (Doc. No. 8), Defendants Warden Troy Levi and Captain Knox's Motion to Dismiss and attached Exhibit "A" (Doc. No. 17), and Plaintiff Nashawn O. Law's Response in Opposition to Defendants' Motion to Dismiss (Doc. No. 18), it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. No. 17) is GRANTED;

2. The Complaint (Doc. No. 8) is DISMISSED in its entirety even as to Defendant Dr. Reynolds; and

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.